IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA, *ex rel.* BRAD REACH,

    Plaintiff,

        v.

ARKANSAS HEART HOSPITAL, LLC; MICHAEL T. NOLEN, M.D.; C.D. WILLIAMS, M.D.; MEHMET CILINGIROGLU, M.D.; and JOHN DOES NOS. 1-10,

    Defendants.

Case No. 4:19-cv-00716-JM

**STIPULATION AND ORDER OF DISMISSAL**

Relator Brad Reach ("Relator"), together with Defendants Arkansas Heart Hospital, LLC, Michael T. Nolen, M.D., C.D. Williams, M.D., and Mehmet Cilingiroglu, M.D. (collectively, "Defendants"), and the United States of America, hereby stipulate and agree as follows:

1. Relator and Defendants entered into a written Settlement Agreement in compromise and resolution of the claims asserted against Defendants in this action.

2. Relator voluntarily dismisses all claims against Defendants.

3. The dismissal shall be:

    a. With prejudice to Relator; and

    b. Without prejudice to the United States.

4. Each party shall bear their own fees and costs except as provided by the terms of the Settlement Agreement.

5.      The United States, in accordance with 31 U.S.C. §3730(b)(1), notifies the Court that it consents to the dismissal of the claims against Defendants as set forth above and subject to the terms of the Settlement Agreement in consideration of the mutual promises and obligations of the Settlement Agreement. The United States has investigated this matter and consulted with the appropriate government officials. The Settlement Agreement has been reviewed and approved by the appropriate governmental authorities at the Department of Justice.

IT IS SO ORDERED this 6th day of February, 2025.

_____
James M. Moody Jr.
United States District Judge